```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

DAVID ABRAMS, #241224                 :    PRISONER NO. 3:14-CV-56(JCH)
                                      :
     V.                               :    PRO SE FILING
                                      :
COUNSELOR SCRIBINSKI, et al.          :    Sept. 2    , 2014
```

United States District Court
District of Connecticut
FILED AT: BRIDGEPORT
9/5/14
Roberta D. Tabora, Clerk
By_____
Deputy Clerk

### MOTION FOR THE ASSIGNMENT OF COUNSEL

Pursuant to 28 U.S.C. Section 1915 (d), the pro se plaintiff, David Abrams, hereby respectfully moves this Court to assign him counsel to litigate this civil suit against the defendants, Counsel _____ Scribinski, Captain _____ Claudio, and Deputy Warden _____ Guadarrama all of MacDougall C.I. In support of this motion, the plaintiff represents as follows:

1. This is a pro se action for punitive and compensatory damages against the 3 defendants.

2. The plaintiff, currently incarcerated at Cheshire C.I., is suing the defendants in their individual capacities for their conduct against the plaintiff in May and June 2013 while he was incarcerated at MacDougall C.I. and employed as a laundry worker.

3. The plaintiff was improperly dismissed as laundry worker after 21 months on the job and given a shower job as a substitute (7) days later.

4. He was then transferred out of MacDougall on June 25, 2013 after filing a number of requests/complaints to officials regarding the conduct of Captain Claudio and Counselor Scribinski.

5. The plaintiff, who is indigent, is refiling this motion after writing several attorneys requesting representation in this civil matter.

6. The plaintiff has contacted (6) attorneys by mail.

7. These attorneys include Matthew Collins of Manchester, John Drapp of

Bridgeport, Conrad Seifert of Old Lyme, Bruce McIntyre of New London, Frank Riccio and Robert Photos of Bridgeport. Only Bruce McIntyre responded but he cannot represent me because his practice is restricted to state courts. A copy of his letter and all the letters I sent out are attached. The letter to Jon Drapp was returned because the postman was unable to forward.

8. With great sadness I found out that my family attorney Frank Riccio is deceased.

9. The plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case require significant research and investigation. The plaintiff has limited access to the law library and limited knowledge of the law.

10. The plaintiff is scheduled to be deposed on October 2, 2014.

11. A trial in this case will likely involve conflicting testimony, and an attorney would better enable the plaintiff to present evidence and cross-examine witnesses.

12. The plaintiff represents that these specific facts demonstrate good cause for assignment of counsel.

Respectfully Submitted,<br>
DAVID ABRAMS, #241224<br>
<br>
BY: _____<br>
David Abrams, #241224<br>
Pro Se Plaintiff<br>
Cheshire C.I.<br>
900 Highland Ave.<br>
Cheshire, CT  06410

## CERTIFICATION

This is to certify that this Motion for Assignment of Counsel was filed in accordance with 28 U.S.C. Section 1915(d) of the Federal Civil Procedures Book and was mailed this 2nd day of Sept., 2014 to Attorney Varunes, 110 Sherman St., Hartford, CT 06105.

## ORDER

The foregoing motion having been heard it is hereby ORDERED:

GRANTED/DENIED

BY THE COURT

_____
Judge/Clerk/Assistant Clerk

Dear Conrad Seifert, 5/4/14

This is David Abrams, #241224, at Cheshire C.I. U testified as my expert witness at my habeas in 2004. I hope this reaches U in the best of health.

I am writing U because I have a civil suit #3:14-CV-56 (JCH) pending in federal court in which I am pro se. Title of the suit is David Abrams v. Counselor Scribinski, et al. The judge issued an initial review order in which my 1st & 14th amendment claims will proceed forward against the defendants. I am asking if U can please represent me in this civil suit pro bono or based on a contingency fee? That's if your schedule permits.

In any event, can U please notify me of your decision either way so that I can verify to the court that I am making efforts to obtain counsel?

As of the date of this letter I'm waiting on the defendants to answer the complaint.

Thank you for your time in this matter.

Sincerely,

David Abrams, #241224
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

Dear Matthew Collins,                                    5/4/14

    This is David Abrams, #241224, at Cheshire C.I. U represented me in 2009. I hope this reaches U in the best of health.

    I am writing U because I have a civil suit # 3:14-CV-56 (JCH) pending in federal court in which I am pro se. Title of the suit is David Abrams v. Counselor Scribinski, et al. The judge issued an initial review order in which my 1st & 14th amendment claims will proceed forward against the defendants. I am asking if U can please represent me in this suit pro bono or based on a contingency fee? That's if your schedule permits.

    In any event, can U please notify me of your decision either way so that I can verify to the court that I am making efforts to obtain counsel?

    As of the date of this letter I'm waiting on the defendants to answer the complaint.

    Thank you for your time in this matter.

                            Sincerely,
                            (DA)
                          David Abrams, #241224
                          Cheshire C.I.
                          900 Highland Ave.
                          Cheshire, CT 06410

Dear Frank Riccio,    5/4/14

This is David Abrams, #241224, at Cheshire C.I. I hope this reaches U in the best of health.

I am still fighting my criminal case but I am writing U because I have a civil suit #3:14-CV-56 (JCH) pending in federal court in which I am pro se. Title of the suit is David Abrams v. Counselor Scribinski, et al. The judge issued an initial review order in which my 1st & 14th amendment claims will proceed forward against the defendants. I am asking if U can please represent me once again in this suit pro bono or based on a contingency fee? That's if your schedule permits.

In any event, can U please notify me of your decision either way so that I can verify to the court that I am making efforts to obtain counsel?

As of the date of this letter I am waiting on the defendants to answer the complaint.

Thank you for your time in this matter. Tell the family "hello."

Sincerely,
(DA)
David Abrams, #241224
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

Dear Robert Photos,                                                5/4/14

    This is David Abrams, #241224, at Cheshire C.I. U represent my son, David Anderson, currently on a criminal case.

    I am writing U because I have a civil suit # 3:14-CV-56(JCH) pending in federal court in which I am pro se. Title of the suit is David Abrams v. Counselor Scribinski, et al. The judge issued an initial review order in which my 1st & 14th amendment claims will proceed forward against the defendants. I am asking if U can please represent me in this suit pro bono or based on a contingency fee? That's if your schedule permits.

    In any event, can U please notify me of your decision either way so that I can verify to the court that I am making efforts to obtain counsel?

    As of the date of this letter I am waiting on the defendants to answer the complaint.

    Thank you for your time in this matter. Please tell my son I love him.

                                  Sincerely,
                                  DA
                              David Abrams, #241224
                              Cheshire C.I.
                              900 Highland Ave.
                              Cheshire, CT 06410

Dear John Drapp,                                                             5/4/14

This is David Abrams, #241224, at Cheshire C.I. U represented me on a habeas appeal in 2006 before it was withdrawn. I hope this reaches you in the best of health.

I am writing to you because I have a civil suit #3:14-CV-36(JCH) pending in federal court in which I am pro se. Title of the suit is David Abrams v. Counselor Scribinski, et al. The judge issued an initial review order in which my 1st & 14th amendment claims will proceed forward against the defendants. I am asking if you can please represent me in this suit pro bono or based on a contingency fee? That's if your schedule permits.

In any event, can you please notify me of your decision either way so that I can verify to the court that I am making efforts to obtain counsel?

As of the date of this letter I'm waiting on the defendants to answer the complaint.

Thank you for your time in this matter.

Sincerely,

DA

David Abrams, #241224
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

RECEIVED MAY 1 4 2014

Dear Bruce McIntyre,                                          5/4/14

This is David Abrams, #241224, at Cheshire C.I. U represented me on a habeas back in 2004. I hope this reaches U in the best of health.

I am writing U because I have a civil suit # 3:14-cv-56 (JCH) pending in federal court in which I am pro se. Title of the suit is David Abrams v. Counselor Scribinski, et al. The judge issued an initial review order in which my 1st & 14th amendment claims will proceed forward against the defendants. I am asking if U can please represent me in this suit pro bono or based on a contingency fee? That's if your schedule permits.

In any event, can you please notify me of your decision either way so that I can verify to the court that I am making efforts to obtain counsel?

As of the date of this letter I'm waiting on the defendants to answer the complaint.

Thank you for your time in this matter.

                                        Sincerely,
                                        DA
                                        David Abrams, #241224
                                        Cheshire C.I.
                                        900 Highland Ave
                                        Cheshire, CT 06410

**Hellum & McIntyre, LLC**
*Attorneys at Law*
*261 Williams Street New London, CT 06320*
Phone: (860) 447-0447   Fax: (860) 447-0422

Wednesday, May 14, 2014

David Abrahams Inmate #: 241224
c/o Cheshire Correctional  900 Highland Avenue
Cheshire, CT 06410-1698

Re: *Your federal case*

Dear Mr. Abrahms,

    I regret to inform you that although I am admitted to federal practice in Connecticut I have restricted my practice to the state courts. The economics and practices involved in running a law office are complex and each lawyer must make a decision on what types of cases and courts do not fit a workable model. I do not do federal practice at all. So, I cannot help you.

    I have put together some possible resources you may not have accessed. I am shooting blind here since I am not familiar with your case at all so I may have sent you material you already have, if so, please accept my apologies. If you have not had access to them, they may be of some assistance. Good luck with your search.

Yours very truly,

Bruce B. McIntyre