FILED

2014 NOV 20 P 2: 32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HARTFORD CT

DAVID ABRAMS a/k/a : (Prisoner)
ABRAHAMS, : Civil Action No.
             Plaintiff, : 3:14-cv-56
: (JCH)
:
v. :
:
COUNSELOR SCRIBINSKI, et al., :
           Defendants. : October 10, 2014

_____

DECLARATION OF DAVID ABRAMS
a/k/a ABRAHAMS IN SUPPORT OF
HIS MOTION FOR AN ORDER COMPELLING
DISCOVERY

I, DAVID ABRAMS a/k/a ABRAHAMS, being duly sworn, deposes and says:

1. I am the pro-se plaintiff-prisoner in the above-captioned civil action, and I submit

this declaration pursuant to Title 28 U.S.C. 1746, under the penalty of perjury, in support of my motion for an order compelling discovery.

2. On July 29, 2014, I had mailed to defense counsel my first set of interrogatories and request for production of documents directed separately at each of the three defendants. (See attachments to the accompanied motion).

3. On September 26, 2014, I received from the three defendants the responses to my discovery request of July 29, 2014. Upon my examination of the responses, I had found that all three defendants have either refused to answer and/or had provided evasive answers to the interrogatories, with some legally baseless objections, and that the defendants all had refused to provide all the documents requested with also legally baseless objections. (See attachments to the accompanied motion).

4. On September 30, 2014, I wrote

- 2 -

defense counsel a letter in a good-faith attempt to resolve the discovery dispute. Defense counsel maliciously ignored my letter. (See attachments to the accompanied motion).

5. The defendants and defense counsel had made it impossible to informally resolve any discovery dispute that may exist. Therefore, the only remedy available under the law is this court's immediate intervention to compel the three defendants to comply with my discovery request.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Cheshire, Connecticut on October 10, 2014.

*David Abrams*
David Abrams # 241224
(Pro Se Plaintiff)
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

<u>CERTIFICATION</u>

This is to certify that a true copy of the foregoing declaration was mailed, postage prepaid, on this 10 day of October 2014, to: DeAnn S. Varunes, Assistant Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

*David Abrams*
David Abrams #241224

-4-