UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID ABRAMS a/k/a ABRAHAMS,
    Plaintiff,

v.

COUNSELOR SCRIBINSKI, et al.,
    Defendants.

: (Prisoner)
: Civil Action No.
: 3:14-cv-56
: (JCH)
:
:
:
: July 29, 2014

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT CAPTAIN CLAUDIO

In accordance with Rule-33 of the Federal Rules of Civil Procedure, the plaintiff requests that Defendant CAPTAIN CLAUDIO answer the following interrogatories under oath, and that the answers be signed by the person making them and be served upon the plaintiff within thirty (30) days after the date of certification of service of these interrogatories.

If you cannot answer the following interrogatories in full, after exercising due diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the reminder and stating whatever information or knowledge you have concerning the unanswered portions. These interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes.

The defendant is directed <u>not</u> to alter this discovery request in any form or manner when responding. Any unauthorized alteration will be construed by the plaintiff as a failure to respond or to comply with this discovery request by the defendant, including, if applicable, failure to obey the order of the court.

cc

## BY WAY OF INTERROGATORIES

1. State and spell correctly your first name, middle initial and surname as exactly and currently shown on your state motor vehicle driver's license.

ANSWER:

2. State the exact date when you was first assigned to the MacDougall Correctional Institution (MCI), and state the correctional institution you had directly originated from before your assignment to the MCI.

ANSWER:

3. Had the DOC agency imposed any disciplinary action against you during the period of January 1, 2008 through December 31, 2013?

ANSWER:

-3-                                          cc

4. If the answer to the above interrogatory number three was in the affirmative, please provide specific details on that or those acts of misconduct you were disciplined by the DOC agency and the very date the imposed disciplinary action was taken against you, including the exact disciplinary action that was or were imposed upon you for such misconduct.

ANSWER:


5. Did you make a request to the DOC to have the plaintiff transferred out of the MacDougall Correctional Institution?

ANSWER:


6. If the answer to the above interrogatory number five was in the affirmative, state the exact date that you made such a request to the DOC agency.

ANSWER:

-4-                                    C.C.

I, CAPTAIN CLAUDIO, hereby certify, under penalty of perjury, that I have reviewed the above Interrogatories and below Request For Production and the responses thereto and that they are true and accurate to the best of my ability and knowledge.

_____
CAPTAIN CLAUDIO

Subscribed and sworn before me on this ____ day of _____ 2014, in the town of _____, Connecticut, and county of _____.

_____
NOTARY PUBLIC

-5-                                               c.c.

Pursuant to Rule-34 of the Federal Rules of Civil Procedure, the plaintiff hereby request that Defendant CAPTAIN CLAUDIO produce a true copy of the following documents within thirty (30) days after the date of certification of service of this request.

BY WAY OF PRODUCTION

1. A true copy of any and all documents pertaining to the answer of interrogatory number:

    (a). two above;

    (b). four above;

    (c). five above;

    (d). six above.

2. A true copy of any and all non-priviledged statements and documents, as

defined in Rule-26(b) of the Federal Rules of Civil Procedure of any party in this civil action concerning this lawsuit or, its subject matter. Please also note Rule-39 of the Local Rules.

Dated: July 29, 2014

THE PLAINTIFF,

/s/
_____
DAVID ABRAMS #241224
(Pro Se Plaintiff)
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

cc

CERTIFICATION OF SERVICE

This is to certify that this discovery request, the Plaintiff's First Set of Interrogatories and First Request For Production of Documents Directed To Defendant Captain Claudio, was mailed, postage prepaid, on this 29th day of Jul, 2014 to: DeAnn S. Varunes, Assistant Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

/s/
DAVID ABRAMS #241224
(Pro Se Plaintiff)

-8-    cc