UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID ABRAMS a/k/a ABRAHAMS,
  Plaintiff,

v.

COUNSELOR SCRIBINSKI, et al.,
  Defendants.

(Prisoner)
Civil Action No.
3:14-CV-56
(JCH)

July 29, 2014

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT DEPUTY WARDEN GUADARRAMA

In accordance with Rule 33 of the Federal Rules of Civil Procedure, the plaintiff requests that Defendant DEPUTY WARDEN GUADARRAMA answer the following interrogatories under oath, and that the answers be signed by the person making them and be served upon the plaintiff within thirty (30) days after the date of certification

of service of these interrogatories.

If you cannot answer the following interrogatories in full, after exercising due diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the reminder and stating whatever information or knowledge you have concerning the unanswered portions. These interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes.

The defendant is directed <u>not</u> to alter this discovery request in any form or manner when responding. Any unauthorized alteration will be construed by the plaintiff as a failure to respond or to comply with this discovery request by the defendant, including, if applicable, failure to obey the order of the court.

## BY WAY OF INTERROGATORIES

1. State and spell correctly your first name, middle initial and surname as exactly and currently shown on your state motor vehicle driver's license.

ANSWER:

2. State and spell correctly the full name and inmate number (DOC #) for the following inmates:

   a. <u>Bruce Williams</u> (as shown in the Amended Complaint);

   b. <u>Paul Graziand</u> (as shown in the Amended Complaint).

   c. <u>David Copas</u> (as shown in the Amended Complaint).

-3-  DWG

ANSWER:

3. Was <u>Defendant Counselor Serbinski</u> on duty at the <u>MacDougall Correctional Institution</u> (<u>MCI</u>) at Suffield, Connecticut on <u>March 26, 2014</u>?

ANSWER:

4. State the full name (correct spelling) and their <u>Department of Correction (DOC)</u> rank and/or title of the following <u>DOC</u> agency employees who are described in the <u>Amended Complaint</u>:

   a. <u>CTO - Mitchell</u>;
   b. <u>C/O - Prouty</u>;
   c. <u>C/O - Harman</u>.

-4-   DWG

ANSWER:

5. On what specific dates between April 29, 2013 through June 25, 2013 was the following DOC agency employees on duty at the MCI and their assigned post:

   a. Counselor Scribinski;
   b. Captain Claudio;
   c. Deputy Warden Guadarrama;
   d. CTO - Mitchell;
   e. c/o - Proutty;
   f. c/o - Harman.

ANSWER:

6. State the full name, DOC inmate number and the racial classification of any and all inmates in the MCI who were given pay prison job assignments to be specifically performed within

- 5 -                                    DW6

the inmate housing units of H-Pod (Cell #1 through #96), J-Pod (Cell #1 through #96) and L-Pod (Cell #1 through #96) during the period of January 1, 2010 through June 25, 2013. (Attach your answer to this discovery request).

ANSWER:


7. State the full name, DOC inmate number and racial classification of any and all inmates in the MCI who were given pay prison job assignments to be specifically performed within the inmate housing units of H-Pod, J-Pod and L-Pod, and were suspended and/or terminated from their pay prison job assignments during the period of January 1, 2010 through June 25, 2013. (Attach your answer to this discovery request).

ANSWER:

-6-                    BW6

8. State the <u>exact date</u> when the following defendants and other <u>DOC</u> agency employees were first assigned to the <u>MCI</u>, and state the correctional institution they had directly originated from before their assignment to the <u>MCI</u>:

    a. <u>Counselor Scribinski</u>;
    b. <u>Captain Claudio</u>;
    c. <u>Deputy Warden Guadarrama</u>;
    d. <u>CTO-Mitchell</u>;
    e. <u>c/o-Proutty</u>;
    f. <u>c/o-Harman</u>.

ANSWER:

I, DEPUTY WARDEN GUADARRAMA, hereby certify, under penalty of perjury, that I have reviewed the above Interrogatories and below Request For Production, and the responses thereto and that they are true and accurate to the best of my ability and knowledge

_____
DEPUTY WARDEN GUADARRAMA


Subscribed and sworn before me on this ___ day of _____ 2014, in the town of _____, Connecticut, and county of _____

_____
NOTARY PUBLIC

- 8 -                                                            DWG

Pursuant to Rule-34 of the Federal Rules of Civil Procedure, the plaintiff hereby request that Defendant DEPUTY WARDEN GUADARRAM produce a true copy of the following documents within thirty (30) days after the date of certification of service of this request.

## BY WAY OF PRODUCTION

1. A true copy of any and all documents pertaining to the answer of interrogatory number:

    (a). two (a) through (c);

    (b). three above;

    (c). four (a) through (c);

    (d). five (a) through (f);

    (e). six above;

(f). seven above;

(g) eight (a) through (f).

2. A true copy of any and all documents which provides an official DOC listing of the full names, inmate numbers, cell housing number and racial classification for any and all assigned inmates at the MCI's H-Pod, J-Pod and L-Pod covering the period of July 1, 2012 through December 31, 2013.

3. A true copy of any and all J-Pod (J1 and J2 unit wings) "control" and "utility" MCI log books covering the period of May 1, 2013 through July 25, 2013.

4. A true copy of any and all fixed ceiling base surveillance videotapes of J2 unit wing/pod and/or portable hand-held videotapes from the period of May 1, 2013 through May 26, 2013.

-10-                                       owo

5. A true copy of any and all <u>DOC</u> photographs, incident and/or investigation reports, laboratory tests reports, pertaining to the plaintiff's allegations described in <u>Paragraph 11</u> of the <u>Amended Complaint</u> which has an office date placed by the plaintiff of <u>April 21, 2014</u> and filed with the federal court in this instant civil action.

6. Any and all true copies of <u>DOC</u> inmate disciplinary reports, inmate work performance and termination reports pertaining to the plaintiff covering the period of <u>January 1, 2005 through December 31, 2013</u>.

7. A true copy of any and all computer printout disciplinary history of the plaintiff from the <u>DOC</u> data banks covering the period of <u>January 1, 1998 through the present date of July 29, 2014</u>.

8. A true copy of any and all documents in connection to the procedural, instructional, practice and/or custom utilize by the <u>DOC</u> agency to

- 11 -                                    OWG

test for "_Prune_" substance discovered in any and all Connecticut correctional institutions.

9. A true copy of any and all reports, notes and/or Email pertaining to your contact with the plaintiff's son from <u>May 1, 2013</u> through <u>December 31, 2013</u>.

10. A true copy of any and all <u>DOC</u> documents pertaining to disciplinary action taken by the <u>DOC</u> against the following <u>DOC</u> agency employees during the period of <u>January 1, 2008 through December 31, 2013</u>:

    a. <u>Counselor Scribinski</u>;
    b. <u>Captain Claudio</u>;
    c. <u>Deputy Warden Guadarrama</u>;
    d. <u>CTO-Mitchell</u>;
    e. c/o-Prouty;
    f. c/o-Harman.

11. A true copy of any and all <ins>DOC</ins> documents pertaining to the <ins>DOC</ins> agency's request and decision to transfer the plaintiff from the <ins>MCI</ins> to the <ins>Cheshire Correctional Institution (CCI) in Cheshire, Connecticut</ins>. dated during the period of <ins>January 1, 2012 through December 31, 2013</ins>.

12. A true copy of any and all <ins>DOC</ins> inmate administrative remedies (grievances) filed and/or attempted to file (rejected by <ins>DOC</ins>) by the plaintiff covering the period of <ins>January 1, 2010 through December 31, 2013</ins>.

13. A true copy of any and all non-priviledged statements and documents, as defined in <ins>Rule-26(b) of the Federal Rules of Civil Procedure</ins> of any party, in this civil action concerning this lawsuit or, its subject matter. <ins>Please also note Rule-39 of the Local Rules</ins>.

Dated: July 29, 2014

-13-                                              DWG

THE PLAINTIFF,

/s/

DAVID ABRAMS # 241224
(Pro Se, Plaintiff)
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

CERTIFICATE OF SERVICE

This is to certify that this discovery request, the Plaintiff's First Set of Interrogatories and First Request For Production of Documents Directed to Defendant Deputy Warden Guadarrama, was mailed, postage prepaid, on this 29th day of July 2014 to: DeAnn S. Varunes, Assistant Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

/s/

DAVID ABRAMS # 241224
(Pro Se Plaintiff)