UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID ABRAMS | : CIVIL NO. 3:14CV00056(JCH) |
| V. | : |
| COUNSELOR SCRIBINSKI, ET AL. | : FEBRUARY 11, 2016 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, David Abrams, and the defendants, Counselor Scribinski, Captain and Unit Manager Claudio and Deputy Warden Guadarrama, by and through their attorneys, hereby stipulate that the above-captioned Complaint may be dismissed with prejudice and without costs to either party.

**Plaintiff,**

/s/
James K. Smith
Venture, Ribeiro & Smith
235 Main St.
Danbury, CT 06810
Tel.: 203-791-9040
Fax: 203-791-9264
Email: jsmith@vrslaw.com

**Defendants,**
Scribinski, et al.

George Jepsen
Attorney General

/s/
DeAnn S. Varunes
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
Email: deann.varunes@ct.gov

1

## CERTIFICATION

I hereby certify that on February 11 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____/s/_____  
James K. Smith  
Counsel for Plaintiff

_____/s/_____  
DeAnn S. Varunes  
Assistant Attorney General